

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-13-00280-CV

| | | |
|---|---|---|
| S.W., as Next Friend of A.W. | § | From the 17th District Court |
| | § | of Tarrant County (017-261931-12) |
| v. | | |
| | § | June 12, 2014 |
| Arlington Independent School District and Lindsey Foster | § | Opinion by Chief Justice Livingston |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that appellant S.W. shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Terrie Livingston
Chief Justice Terrie Livingston